UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM W. HELGEMO, )<br>  Plaintiff, )<br>  )<br>-v- )<br>  )<br>OPERATING ENGINEERS LOCAL 324 )<br>PENSION FUND and OPERATING ENGINEERS )<br>LOCAL 324 RETIREE BENEFIT FUND, )<br>  Defendants. )<br>  ) | No. 1:19-cv-694<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 25), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 20, 2021                              /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge